Aurora Talavera, State Bar No. 159778
THE AURORA LAW GROUP.
633 West Fifth Street, Suite 26072
Los Angeles, California 90071
Telephone: (213) 223-2085
Facsimile: (213) 596-3737

[Proposed] Counsel for Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| JOE KURDOGLANYAN<br><br>An individual<br><br>Debtor and Debtor in Possession | CASE NO. 2:10 – bk-31202 –BR<br><br>Chapter 11<br><br>**Response by Debtor to US Trustee's Motion to Convert or Dismiss Case With an Order Directing Payment of Quarterly Fees and For Judgment Thereon**<br><br>Hearing: August 4, 2010<br>Time: 10:00 a.m.<br>Courtroom: 1668 |

NOTICE IS HEREBY GIVEN that Respondent, Joe Kurdoglanyan opposes the Motion to Convert or Dismiss Case With an Order Directing Payment of Quarterly Fees and For Judgment Thereon, for the reasons set forth below.

Debtor and Debtor's counsel acknowledge that upon filing the bankruptcy petition, debtor experienced unexpected difficulty and/or delay in timely complying with the U.S. Trustee Reporting requirements. As set forth in the Declaration of Joe Kurdoglanyan attached hereto, Debtor had difficulty opening a Debtor In Possession Account after filing the bankruptcy petition herein. From May 26, 2010 to June 16, 2010, he made numerous attempts and was informed by various banks that they either could not or did not know how to open this type of account. Finally on June 16, 2010, Debtor was able to open a

Debtor In Possession account with U.S. Bank. Hence there was delay in obtaining the necessary bank statements and voided check for the U.S. Trustee.

In addition, the debtor previously submitted information with the U.S. Trustee listed in the 7 day package. However, there were amendments, clarifications or updates that needed to be done to the various documents and to Debtor's bankruptcy schedules which were identified at the 341(a) Meeting of Creditors last July 8, 2010. Debtor and counsel has since made numerous amendments, updates and clarifications on the items requested in the 7 day package and to the Schedules.

Finally, the debtor attempted to submit Monthly Operating Reports for May and June 2010. However, numerous revisions had to be made causing further delay. Debtor filed the case herein as an individual but the debtor's spouse income had to be included. Also, the aggregate expenses of the debtor, non-debtor spouse and their children also needed to be accounted for. Furthermore, the fact that the DIP account was not opened until June 16, 2010 required further changes to the Monthly Operating Reports for June 2010.

The items listed in the U. S. Trustee Motion to Convert or Dismiss has been submitted to the U.S. Trustee and filed with the court on or before July 30, 2010, thereby curing the deficiencies. Moreover, now that the debtor has established the DIP account and become familiar with how to properly prepare the Monthly Operating Reports, there should be no delay with submitting future reports. Finally, Debtor's counsel has already filed a Chapter 11 Plan on July 29, 2010 and is ready to proceed with the case.

Consequently, the Debtor respectfully requests that the Court deny the Motion herein and allow the case to proceed as a Chapter 11 bankruptcy case.

DATED: July 30, 2010

By: _____
Aurora Talavera
Attorney for Debtor and Debtor in Possession

2

PROOF OF SERVICE

I, the undersigned declare:

I am a citizen of the United States of American, am over the age of eighteen (18) years and not a party to the within action. I am an employee of The Aurora Law Group and my business address is 633 West 5th Street, Ste. 26072, Los Angeles, California 90071. On 7/30/2010, I caused to be served the following documents:
**Response by Debtor to US Trustee's Motion to Convert or Dismiss Case With an Order Directing Payment of Quarterly Fees and For Judgment Thereon**
on the party/parties involved and address(es) as follow(s):

XX    To be served by the Court via NEF: Pursuant to controlling General Order and Local Bankruptcy Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On 7/30/2010, I checked the Cm/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below.

UST Trial Attorney Russell Clementson@usdoj.gov
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

XX    By Mail: I caused each envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am "readily familiar" with the business practice for collection and processing of mail in this office; that in the ordinary course of business said document (s) would be deposited with the U.S. Postal Service in Los Angeles, California on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on this declaration.
Chambers of Judge Barry Russell
United States Bankruptcy Court (courtesy copy to chambers)
255 East Temple Street
Los Angeles, CA 90012


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED: July 30, 2010

_Aurora Talavera_

3